# United States Court of Appeals
## For the First Circuit

No. 10-1984

UNITED STATES,

Appellee,

v.

CARLOS RODRIGUEZ,

Defendant, Appellant.

ERRATA SHEET

The opinion of this Court issued on March 28, 2012, is amended as follows:

On page 5, lines 2 and 3, change "48 Water Street" to "48 Warren Street".